**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMIE SHAWN MCCALL,                                                                          PLAINTIFF
ADC #610019

v.                                        4:14CV00333-DPM-JTK

SHERIFF SHOCK, et al.                                                                         DEFENDANTS

## **ORDER**

Defendants shall supplement their Response to Plaintiff's Motion to Compel (Doc. No. 20) within ten days of the date of the Order, by addressing the following request of Plaintiff: the names of the inmates who were incarcerated in one-man cells with the Plaintiff at the Faulkner County Detention Center.

IT IS SO ORDERED this 8th day of September, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE