FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE SHAWN MCCALL                                                    PLAINTIFF
ADC #610019

v.                           No. 4:14-cv-333-DPM-JTK

SHOCK, Sheriff, Faulkner County;
DOE, Major, Faulkner County Jail; and
LLOYD VINCENT, Captain,
Faulkner County Jail                                                  DEFENDANTS

## ORDER

After *de novo* review the Court adopts Magistrate Judge Kearney's recommendation. № 39. McCall's objections, № 41, are overruled. McCall's motion for temporary restraining order and preliminary injunction, № 35, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____