IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE SHAWN McCALL
ADC #610019                                                                PLAINTIFF

v.                              No. 4:14-cv-333-DPM

SHOCK, Sheriff, Faulkner County;
DOE, Major, Faulkner County Jail; and
LLOYD VINCENT, Captain, Faulkner
County Jail                                                                DEFENDANTS

## JUDGMENT

1. McCall's claims against the John Doe Defendant are dismissed without prejudice for failure to serve.

2. McCall's claims against Defendants Shock and Vincent are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2015